2006 ME 97

**BANK OF AMERICA**

v.

**Susan FINNEMORE.**

Supreme Judicial Court of Maine.

Submitted on Briefs: Feb. 27, 2006.
Decided: Aug. 3, 2006.

N. Laurence Willey, Jr., Thomas Matzilevich, Willey Law Offices, Bangor, ME, for the appellant.

Curtis Kimball, Rudman & Winchell, Bangor, ME, for the appellee.

Panel: CLIFFORD, DANA, ALEXANDER, CALKINS, LEVY, and SILVER, JJ.

PER CURIAM.

[¶ 1] Melissa Cockerham, party-in-interest, appeals from a summary judgment entered in the District Court (Newport, *MacMichael, J.*) in favor of Fleet National Bank (now Bank of America, successor to Fleet National Bank) which determined that Fleet Bank's mortgage deed took priority over her recorded civil judgment, despite her previously filed notice of *lis pendens.* Because the Court is evenly divided, the judgment is affirmed.

The entry is:

Judgment affirmed.